FILED

2008 OCT 20  PM 4: 01

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO DIST OF CA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                    No CV 08-80167 MISC VRW

James Michael Kordell,                    ORDER

    State Bar No 90869
_____/

    On August 27, 2008, the court issued an order to show cause (OSC) why James Michael Kordell should not be removed from the roll of attorneys authorized to practice law before this court based on his suspension by the California State Bar following a criminal conviction, effective May 14, 2008.  The OSC was mailed to the address of record for Mr Kordell but was returned as undeliverable.  Mr Kordell has filed no response to the OSC.

    The court now orders James Michael Kordell removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

    IT IS SO ORDERED.

_____
VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the matter of:

James Michael Kordell,

_____/

Case Number: CV08-80167VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 20, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James Michael Kordell
P. O. Box 668
Woodlake, CA 93286-0668

Dated: October 20, 2008

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*